# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NATALIE PANOSSIAN-BASSLER,

Plaintiff,

vs.

CITY OF MURRIETA; ROBERT C. BASSLER; COLIN ACDA; BRENT SFORZINI; and DOES 1-20,

Defendants.

Case 5:21-cv-0877-JGB-SP

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants City of Murrieta's, Colin Acda's, and Brent Sforzini's (collectively, "Defendants") Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE** as against all Defendants.
3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff. (JS-6).

   **IT IS SO ORDERED.**

Dated:  March 13, 2026

_____

Honorable Jesus G. Bernal
United States District Judge

1

5:21-cv-0877-JGB-SP

JUDGMENT